UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD GARZA,<br>　　　Plaintiff,<br>vs.<br>CITY OF LOS ANGELES,<br>　　　Defendant. | Case No.: 2:19-cv-4043-CM-FFMx<br><br>**JUDGMENT** |

Consistent with the Court's order granting the motion to dismiss, judgment is hereby entered in favor of Defendant and the complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: October 11, 2019

　　　　　　　　　　　　　　　　　　　*/s/ Consuelo B. Marshall*
　　　　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1